| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Hornby, D.Brock | 2. Court or Organization District of Maine | 3. Date of Report 04/02/2014 |
| --- | --- | --- |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

District Judge (senior status)

**5a. Report Type** (check appropriate type)

☐ Nomination    Date

☐ Initial    ☑ Annual    ☐ Final

**5b.** ☐ Amended Report

**6. Reporting Period**
01/01/2013
to
12/31/2013

**7. Chambers or Office Address**

United States District Court
156 Federal Street
Portland, ME 04101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Council Member | The American Law Institute |
| 2. Member, Committee on Science, Technology and the Law | The National Academies (ending 12/31/2013) |
| 3. Power-of-Attorney | ▓ Member #1 |
| 4. Co-Trustee | Trust #1 ▓ Member #2 (ending 04/01/2014) |
| 5. Executive Committee Member | Federal Judges Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/02/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | self-employed in management consulting, software development and rental property |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The National Academies | 05/12-14/2013 | Washington, DC | CSTL Committee Meeting | paid travel, lodging and meal expenses |
| 2. | The American Law Institute | 10/16-18/2013 | New York, NY | Council Meeting | paid travel, lodging and meal expenses |
| 3. | The National Academies | 11/17-19/2013 | Washington, DC | CSTL Committee Meeting | paid travel, lodging and meal expenses |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America accounts | A | Interest | M | T | | | | | |
| 2. Ally Bank accounts | B | Interest | M | T | | | | | |
| 3. Emigrant Direct | A | Interest | | | Closed | 03/02/13 | L | | |
| 4. U.S. Savings Bonds | | None | L | T | | | | | |
| 5. Maine State Turnpike Auth'y bonds | C | Interest | L | T | Redeemed (part) | 07/01/13 | J | | |
| 6. | | | | | Buy | 07/11/13 | K | | |
| 7. Maine Health & Higher Edu. Facs. Auth'y bonds | D | Interest | N | T | Buy (add'l) | 01/10/13 | J | | |
| 8. | | | | | Buy (add'l) | 01/23/13 | K | | |
| 9. | | | | | Buy (add'l) | 04/18/13 | J | | |
| 10. | | | | | Buy (add'l) | 06/06/13 | K | | |
| 11. | | | | | Redeemed (part) | 07/01/13 | K | | |
| 12. Puerto Rico Public Finance Corp. bond | B | Interest | K | T | | | | | |
| 13. Bangor ME bonds | B | Interest | L | T | Buy (add'l) | 09/23/13 | K | | |
| 14. Scarborough ME bond | B | Interest | K | T | | | | | |
| 15. Maine Municipal Bond Bank bonds | B | Interest | K | T | | | | | |
| 16. Portland ME Airport bonds | C | Interest | K | T | Redeemed (part) | 07/01/13 | J | | |
| 17. Puerto Rico Public Buildings Auth'y bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Commonwealth of Puerto Rico bonds | D | Interest | M | T | | | | | |
| 19. Univ. of Maine System bonds | B | Interest | L | T | Buy (add'l) | 07/17/13 | K | | |
| 20. Puerto Rico Elec. Power Auth'y bonds | B | Interest | K | T | | | | | |
| 21. Puerto Rico Aqueduct & Sewer Auth'y bonds | B | Interest | K | T | | | | | |
| 22. Lewiston, ME public improvement bond | B | Interest | K | T | | | | | |
| 23. Windham, ME gen'l purpose bond | A | Interest | | | Redeemed | 11/01/13 | K | | |
| 24. ME Gov't Facilities Auth'y bond | A | Interest | K | T | Buy (add'l) | 07/17/13 | K | | |
| 25. RBC Wealth Mgt money mkt acct | A | Interest | J | T | | | | | |
| 26. T. Rowe Price Mutual Int'l Stock Funds | A | Dividend | K | T | | | | | |
| 27. Brokerage Acct T. Rowe Price | | | | | | | | | |
| 28. -Cash Management Account | A | Interest | K | T | | | | | |
| 29. -com stk General Electric Co. | A | Dividend | K | T | | | | | |
| 30. -ADR Diageo PLC new | A | Dividend | K | T | | | | | |
| 31. -com stk Avon Products | A | Dividend | | | Sold | 11/11/13 | K | | |
| 32. -com stk First Service Corp. | A | Dividend | K | T | | | | | |
| 33. -Barclays Bank PLC iPath Index Fund | | None | | | Sold | 11/11/13 | J | | |
| 34. -Vanguard Group Mutual Funds | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---Balanced Index Fund | A | Dividend | K | T | | | | | |
| 36. ---Value Index Fund | B | Dividend | K | T | | | | | |
| 37. ---Inflation Protected Security Inv | A | Dividend | K | T | | | | | |
| 38. ---Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 39. ---Tax Mgt Int'l Fund | A | Dividend | J | T | | | | | |
| 40. -Alpine Funds | | | | | | | | | |
| 41. ---Dynamic Dividend | B | Dividend | K | T | | | | | |
| 42. ---International Real Estate | A | Dividend | K | T | | | | | |
| 43. ---Alpine Found. Fund | A | Dividend | K | T | | | | | |
| 44. -Bridgeway Ultra-Small Company Mkt Fund | C | Dividend | K | T | | | | | |
| 45. -Matthews Asian Funds | | | | | | | | | |
| 46. ---Asia Growth Investor | A | Dividend | K | T | | | | | |
| 47. ---India | A | Dividend | K | T | | | | | |
| 48. -The Fairholme Fund | D | Dividend | L | T | | | | | |
| 49. -com stk H.J. Heinz Co. | A | Dividend | | | Sold | 06/10/13 | K | D | |
| 50. -com stk Illinois Tool Works | A | Dividend | L | T | | | | | |
| 51. -com stk Boardwalk Pipeline Partners | B | Dividend | K | T | Buy | 02/13/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/13/13 | K | | |
| 53. -iShares MSCI Mexico Capped ETF | A | Dividend | K | T | Buy | 08/28/13 | K | | |
| 54. IRA Brokerage Acct T. Rowe Price #1 | | | | | | | | | |
| 55. -Cash Management Acct | A | Interest | K | T | | | | | |
| 56. -com stk Intel Corp. | A | Dividend | K | T | | | | | |
| 57. -com stk Starbucks Corp. | A | Dividend | K | T | Sold (part) | 11/11/13 | K | E | |
| 58. -com stk Popular, Inc. | | None | J | T | | | | | |
| 59. -Washington REIT | A | Dividend | K | T | | | | | |
| 60. -com stk Pioneer Natural Resources | A | Dividend | K | T | | | | | |
| 61. -ETF I Shares MSCI Japan | A | Dividend | J | T | | | | | |
| 62. -mutual Fairholme Fund | C | Dividend | K | T | | | | | |
| 63. -Blackrock Int'l Bond Portfolio | A | Dividend | J | T | | | | | |
| 64. -American Campus Communities REIT | A | Dividend | K | T | | | | | |
| 65. -com stk Grupo Televisa | A | Dividend | K | T | | | | | |
| 66. -Turkish Investment Fund | A | Dividend | J | T | | | | | |
| 67. -Prudent Bear Fund | | None | J | T | | | | | |
| 68. -com stk Peabody Energy Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Alpine Total Dynamic Div. Fund | A | Dividend | | | Sold | 09/11/13 | J | | |
| 70. -T. Rowe Price Emerging Europe Fund | A | Dividend | J | T | | | | | |
| 71. -Matthews Korea Fund | A | Dividend | J | T | | | | | |
| 72. -com stk Amazon.com | | None | K | T | | | | | |
| 73. -Wisdom Tree Large Cap Div Fund | B | Dividend | L | T | Buy (add'l) | 09/20/13 | J | | |
| 74. -Facebook Inc. | | None | L | T | Sold (part) | 11/11/13 | K | D | |
| 75. IRA Brokerage Acct T. Rowe Price #2 | | | | | | | | | |
| 76. -Cash Management Acct | A | Interest | K | T | | | | | |
| 77. -com stk Powershares QQQ | A | Dividend | K | T | Sold (part) | 11/11/13 | J | C | |
| 78. -com stk Immunogen Inc. | | None | J | T | | | | | |
| 79. -U.S. Global Investors Eastern Europe (mutual) | A | Dividend | J | T | | | | | |
| 80. -Vanguard REIT Vipers | A | Dividend | J | T | | | | | |
| 81. -com stk Coca Cola | A | Dividend | J | T | | | | | |
| 82. -Vanguard Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 83. -com stk Cisco Systems Inc. | A | Dividend | | | Sold | 10/28/13 | J | | |
| 84. -Value Line Fund Inc. | A | Dividend | L | T | | | | | |
| 85. -Prudent Bear Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Fidelity Nordic Countries Fund | A | Dividend | J | T | | | | | |
| 87.  -I Shares MSCI Japan | A | Dividend | J | T | | | | | |
| 88.  -T. Rowe Price Africa & Middle East Fund | A | Dividend | J | T | | | | | |
| 89.  -I shares TR S&P Global Infrastructure Index Fund | A | Dividend | J | T | | | | | |
| 90.  -Vanguard FTSE All-World ex-US ETF | A | Dividend | K | T | | | | | |
| 91.  -Janus Triton Fund | A | Dividend | K | T | | | | | |
| 92.  -Parnassus Equity Income Fund | B | Dividend | K | T | | | | | |
| 93.  Pension Plan Acct. TIAA-CREF | | None | N | T | | | | | |
| 94.  Pension Plan Acct. TIAA-CREF | | None | P1 | T | | | | | |
| 95.  401K Plan CMC Interactive LLC | | | | | | | | | |
| 96.  -First Eagle Over A Fund | D | Dividend | M | T | | | | | |
| 97.  -Perkins Mid-Cap Value Inv (JMCVX) Fund | C | Dividend | K | T | | | | | |
| 98.  -Royce Total Return Fund | D | Dividend | L | T | | | | | |
| 99.  -Oakmark Equity & Income J Fund | D | Dividend | M | T | | | | | |
| 100.  -Columbia Acorn Fund | D | Dividend | M | T | | | | | |
| 101.  -Pimco Total Return Fund | A | Dividend | J | T | | | | | |
| 102.  -Principal Investors High Yield II Fund | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/02/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Laudus Growth Investors | D | Dividend | L | T | | | | | |
| 104. voting & nonvoting com stk Mandel Investment Corp. | A | Dividend | | | | 12/13/13 | M | G | |
| 105. See Sec. VIII note | | | | | | | | | |
| 106. 1/2 unit ltd. partnership int. in Falls Development Assoc., | | None | K | R | | | | | |
| 107. ltd. real estate partnership purchased 12/30/85; total | | | | | | | | | |
| 108. of $16,489.50 pd in installments completed 2/10/90 | | | | | | | | | |
| 109. Ltd. partnership int. in Miraculous, LLC purchased | A | Distribution | L | R | | | | | |
| 110. 2/11/02 $50,000 | | | | | | | | | |
| 111. Minnesota Life:endowment life | A | Dividend | J | T | | | | | |
| 112. See Sec. VIII note | | | | | | | | | |
| 113. Trust #1 (co-trustee) | | | | | | | | | |
| 114. -AllianceBernstein Global High Income Fund Inc. | A | Dividend | J | T | | | | | |
| 115. -Credit Suisse Asset Mgt Fund | A | Dividend | J | T | | | | | |
| 116. - Virtus Total Return Fund fka DCA Total Return Fund | A | Dividend | J | T | | | | | |
| 117. -Detroit Mich Water Supply Sys Bonds | A | Interest | J | T | | | | | |
| 118. -Fort Myers FL Improvement Bonds | A | Interest | K | T | | | | | |
| 119. -Miami-Dade Cty FL Aviation Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -RBC Bank Prime MM Fund RBC Reserve Class | A | Interest | K | T | | | | | |
| 121. -iShares iBoxx $ High Yield Corporate Bond Fund | A | Dividend | | | Sold | 03/04/13 | J | | |
| 122. -Helios Strategic Income Fund | B | Dividend | K | T | | | | | |
| 123. -Neuberger Berman Real Estate Sec. Income Fund | A | Dividend | J | T | | | | | |
| 124. -Neuberger Berman High Yield Strategies Fund | A | Dividend | J | T | | | | | |
| 125. -SPDR Series Trust Barclays High Yield Bond ETF | A | Dividend | | | Sold | 03/04/13 | J | | |
| 126. -Zweig Total Return Fund Inc. | A | Dividend | | | Sold | 02/20/13 | J | | |
| 127. -NJ Tpike Auth'y bond | A | Interest | K | T | | | | | |
| 128. -Miami FL Revenue bond | A | Interest | K | T | | | | | |
| 129. -Univ. of Maine Sys bond | A | Interest | K | T | | | | | |
| 130. -Cape Coral FL water & sewer bond | A | Interest | K | T | | | | | |
| 131. -Mass. Port Auth'y bond | A | Interest | K | T | | | | | |
| 132. -MD Dep't of Transp. bond | A | Interest | | | Sold | 08/09/13 | K | | |
| 133. -NJ State Transp. Auth'y bond | A | Interest | K | T | | | | | |
| 134. -Maine Health & Higher Edu bond | B | Interest | K | T | | | | | |
| 135. -Fundamental Investors Income Fund | A | Dividend | J | T | Buy | 03/04/13 | J | | |
| 136. -Franklin Income Funds | B | Dividend | K | T | Buy | 03/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 08/12/13 | K | | |
| 138. -Thornburg Investment Income Builder Fund | A | Dividend | J | T | Buy | 03/04/13 | J | | |
| 139. Trust #2 ( ____ co-trustee) | | | | | | | | | |
| 140. -Alpine Total Dynamic Div. Fund | A | Dividend | | | Sold | 07/25/13 | J | | |
| 141. -com stk Ares Capital Corp. | A | Dividend | J | T | | | | | |
| 142. -ADR Banco Santander, S.A. | B | Dividend | J | T | | | | | |
| 143. -ADR Barclays Bank PLC | B | Dividend | J | T | | | | | |
| 144. -com stk Blackstone Group L.P. | A | Dividend | K | T | | | | | |
| 145. -Calamos Convert. Opportunities & Income Fund | A | Dividend | J | T | | | | | |
| 146. -CBRE Clarion Global Real Estate Income Fund | A | Dividend | | | Sold | 12/26/13 | J | | |
| 147. -com stk Citizens Republic Bancorp Inc. | | None | | | Sold | 03/19/13 | K | E | |
| 148. -Clipper Funds Inc. | | None | | | Sold | 07/25/13 | J | | |
| 149. -com stk Coeur D Alene Mines Corp. | | None | | | Sold | 08/08/13 | J | | |
| 150. -com stk Corning Inc. | A | Dividend | J | T | | | | | |
| 151. -pfd stk Dillards Capital Trust | B | Interest | | | Sold | 08/08/13 | K | B | |
| 152. -Dodge & Cox Int'l Stock Fund | A | Dividend | J | T | | | | | |
| 153. -com stk RR Donnelley & Sons Co. | A | Dividend | | | Sold | 08/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Eaton Vance Ltd Duration Income Fund | A | Dividend | J | T | | | | | |
| 155. -com stk Exxon Mobil Corp. | D | Dividend | M | T | Sold (part) | 07/25/13 | L | F | |
| 156. -Fidelity NJ Municipal money mkt | A | Interest | L | T | | | | | |
| 157. -First Industrial Realty Trust Inc. PFD See Sec. VIII note | A | Dividend | | | Sold | 04/01/13 | J | B | |
| 158. -com stk General Motors Co. | A | Dividend | | | Sold (part) | 09/13/13 | J | B | |
| 159. See Sec. VIII note | | | | | | 12/02/13 | J | | |
| 160. -pfd stk General Motors Co. See Sec. VIII note | A | Dividend | | | | 12/02/13 | J | | |
| 161. -ADR Gerdau, S.A. | A | Dividend | | | Sold | 08/08/13 | J | | |
| 162. -GMAC LLC Note | B | Interest | K | T | | | | | |
| 163. -Great Atl & Pac Tea Co Inc. Note | A | Interest | J | T | | | | | |
| 164. -Hodges Fund | A | Dividend | J | T | | | | | |
| 165. -com stk Hudson Pacific Properties Inc. | A | Dividend | | | Sold | 08/15/13 | J | C | |
| 166. -Hussman Strategic Growth Fund | A | Dividend | J | T | | | | | |
| 167. -pfd stk ING Groep, N.V. PFD | B | Dividend | K | T | | | | | |
| 168. -ADR Itau Unibanco Holdings, S.A. | A | Dividend | K | T | | | | | |
| 169. -Lexington Realty Trust See Sec. VIII note | | None | J | T | | | | | |
| 170. -Mkt Vectors ETF Trust Mkt Vectors India Sm. Cap Index ETF | | None | | | Sold | 07/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Market Vectors Vietnam ETF | A | Dividend | | | Sold | 12/26/13 | J | | |
| 172. -com stk Merck & Co Inc | A | Dividend | K | T | | | | | |
| 173. -com stk Morgan Stanley | A | Dividend | J | T | | | | | |
| 174. -New Jersey State Tpk Auth. Revenue Bonds | A | Interest | | | Redeemed | 05/01/13 | J | A | |
| 175. -ADR Nokia Oyj | | None | J | T | | | | | |
| 176. -Nuveen Global Value Opportunities Fund | A | Dividend | J | T | | | | | |
| 177. -Nuveen Quality Preferred Income Fund 2 | A | Dividend | J | T | | | | | |
| 178. -pfd stk PartnerRe Ltd. PFD | A | Dividend | J | T | | | | | |
| 179. -ADR Petroleo Brasileiro, S.A. Petrobras | A | Dividend | | | Sold | 12/26/13 | J | | |
| 180. -Pimco High Income Fund | A | Dividend | J | T | | | | | |
| 181. -com stk Robert Half Int'l Inc. | A | Dividend | | | Sold | 07/25/13 | J | B | |
| 182. -pfd stk Royal Bank of Scotland Group PLC PFD | B | Dividend | J | T | | | | | |
| 183. -pfd stk SL Green Realty Corp. Ser. C See Sec. VIII note | A | Dividend | | | Sold | 06/21/13 | J | A | |
| 184. -pfd stk Sterling Bancorp Trust I PFD | B | Interest | K | T | | | | | |
| 185. -ADR Tata Motors Ltd. | A | Dividend | K | T | Buy (add'l) | 08/07/13 | J | | |
| 186. -Third Ave. Sm Cap Value Fund Inc. | A | Dividend | J | T | | | | | |
| 187. -com stk Valley National Bancorp. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -com stk Vishay Intertechnology Inc. | | None | | | Sold | 08/15/13 | J | B | |
| 189. -pfd stk Vornado Realty Trust | A | Dividend | | | Redeemed | 02/19/13 | K | | |
| 190. -ADS CTRIP.com Int'l Ltd. | | None | | | Sold | 08/08/13 | K | D | |
| 191. -com stk Freeport McMoran Copper & Gold Inc. | A | Dividend | K | T | | | | | |
| 192. -pfd stk EPR Properties | B | Dividend | J | T | | | | | |
| 193. -com stk Cisco Sys Inc. | A | Dividend | K | T | | | | | |
| 194. -ADR Orange (previously France Telecom) | A | Dividend | J | T | | | | | |
| 195. -com stk AT&T Inc. | A | Dividend | K | T | | | | | |
| 196. -Select Income REIT | B | Dividend | K | T | | | | | |
| 197. -com stk Equity Residential | A | Dividend | K | T | Buy (add'l) | 08/08/13 | K | | |
| 198. -Whitestone REIT | B | Dividend | J | T | | | | | |
| 199. -com stk Microsoft Corp. | A | Dividend | K | T | | | | | |
| 200. -com stk CSX Corp. | A | Dividend | | | Sold | 09/20/13 | K | C | |
| 201. -com stk US Steel Corp. | A | Dividend | | | Buy | 03/19/13 | J | | |
| 202. | | | | | Sold | 09/09/13 | J | | |
| 203. -com stk Nordic American Tankers | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 204. -pfd stk Armour Residential REIT | B | Dividend | J | T | Buy | 03/19/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -BGC Partners Inc. | A | Dividend | K | T | Buy | 08/22/13 | K | | |
| 206. -com stk Century Link Inc. | A | Dividend | K | T | Buy | 08/19/13 | K | | |
| 207. -First Potomac Realty Trust | A | Dividend | J | T | Buy | 09/13/13 | J | | |
| 208. -First Energy Corp. | A | Dividend | K | T | Buy | 09/20/13 | K | | |
| 209. -com stk Intrexon Corp. | | None | J | T | Buy | 09/23/13 | J | | |
| 210. -Newmont Mining Corp. | A | Dividend | J | T | Buy | 09/13/13 | K | | |
| 211. -Pepco Holdings Inc. | A | Dividend | K | T | Buy | 08/30/13 | K | | |
| 212. -com stk Philip Morris Int'l Inc. | A | Dividend | K | T | Buy | 08/28/13 | K | | |
| 213. -SL Green Realty Pfd Ser. I | A | Dividend | K | T | Buy | 08/14/13 | K | | |
| 214. -Statoil ADR | A | Dividend | K | T | Buy | 03/19/13 | K | | |
| 215. -Teco Energy Inc. | A | Dividend | K | T | Buy | 08/28/13 | K | | |
| 216. -Teva Pharmaceuticals ADR | A | Dividend | K | T | Buy | 09/09/13 | K | | |
| 217. -com stk Chambers STR | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 218. -Mack Cali Realty Corp. | A | Dividend | K | T | Buy | 09/17/13 | J | | |
| 219. Trust #3 ▦ trustee) See Sec. VIII note | | | | | | | | | |
| 220. com stk Mandel Investment Corp. See Sec. VIII note | A | Dividend | | | | 12/31/13 | O | G | |
| 221. Fidelity Investments | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/02/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -iShares Core S&P Small-Cap | A | Dividend | K | T | Buy | 12/11/13 | K | | |
| 223.  -Guggenheim S&P 500A Equal Weight | A | Dividend | K | T | Buy | 12/11/13 | K | | |
| 224.  -Fidelity SpartanA 500 Index AdvtgA | A | Dividend | K | T | Buy | 12/11/13 | K | | |
| 225.  -Cash Mgt Acct | A | Interest | O | T | Open | 10/09/13 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/02/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts:

Lines 104-105, D.(1): Corporation liquidated.

Line 112: Entries on Lines 121-215 of 2012 Report are omitted from 2013 Report because they are assets subject to a power-of-attorney held for a ▮▮▮▮ member.

Line 157: In 2012 Report, Line 280, erroneously stated entire holding sold; only part was sold on 12/21/12; D.(3): J; D.(4): A.

Lines 158-159, D.(1): Additional common stock acquired by stock exchange from preferred to common (see Line 160).

Line 160, D.(1): Preferred stock exchanged for common stock (see Line 159).

Line 169: In 2012 Report, Line 292, failed to report sold (part) on 5/31/12, D.(3): J; D.(4): no gain.

Line 183: In 2012 Report, Line 310, erroneously stated entire holding sold; only part was sold on 9/24/12; D.(3): J; D.(4): A.

Lines 219-220: This Trust should have been reported in 2012. It was created 10/13/12 with a single asset, common stock in Mandel Investment Corp.; B.(1): D; B.(2): Dividend; C.(1): O; C.(2): U

Line 220, D.(1): effected corporation liquidation.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ D.Brock Hornby**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544